IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **JAMES HAYES and DEBERA GRANT,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No.: 3:14-cv-258-JAG |
| ) | |
| **DELBERT SERVICES CORPORATION,** ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT DELBERT SERVICES CORPORATION'S
MOTION TO DISMISS, OR, ALTERNATIVELY, TO COMPEL ARBITRATION**

Defendant Delbert Services Corporation ("Delbert") respectfully moves this Court to: (1) dismiss this case under the doctrine of *forum non conveniens* pursuant to Plaintiffs' loan agreements' forum-selection clause; (2) dismiss or stay this case under the tribal exhaustion doctrine; or (3) compel arbitration and dismiss or stay this case. In support of this Motion, Delbert relies upon the arguments and supporting authorities set forth in its contemporaneously filed Memorandum of Law in Support of Delbert Services Corporation's Motion to Dismiss, or, Alternatively, to Compel Arbitration.

Dated: May 29, 2014                         **JENNER & BLOCK LLP**

                        By:   /s/
                              Julie M. Carpenter
                              Virginia Bar No. 30421
                              JENNER & BLOCK LLP
                              1099 New York Avenue, N.W., Suite 900
                              Washington, DC 20001
                              Tel.: (202) 639-6029
                              Fax: (202) 661-4910
                              E-mail: jcarpenter@jenner.com

                              *Counsel for Defendant Delbert Services Corp.*

1

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 29th day of May, 2014, I served a copy of the foregoing **DELBERT SERVICES CORPORATION'S MOTION TO DISMISS, OR, ALTERNATIVELY, TO COMPEL ARBITRATION** via the Court's electronic filing system, which will automatically send email notification of such filing to the following counsel of record:

     Dale Wood Pittman
     The Law Office of Dale W. Pittman, P.C.
     112-A W Tabb St
     Petersburg, VA 23803-3212
     Tel.: (804) 861-6000
     Fax: (804) 861-3368
     Email: dale@pittmanlawoffice.com

     James Wilson Speer
     Virginia Poverty Law Center
     700 E Franklin St., Suite 14T1
     Richmond, VA 23219
     Tel.: (804) 782-9430
     Email: jay@vplc.org

     Kristi Cahoon Kelly
     Kelly & Crandall PLC
     4084 University Dr., Suite 202A
     Fairfax, VA 22030
     Tel.: (703) 424-7572
     Fax: (703) 591-1067
     Email: kkelly@kellyandcrandall.com

     Leonard Anthony Bennett
     Consumer Litigation Associates
     763 J Clyde Morris Blvd., Suite 1A
     Newport News, VA 23601
     Tel.: (757) 930-3660
     Fax: (757) 930-3662
     Email: lenbennett@clalegal.com

     *Counsel for Plaintiffs*

                                                     ___/s/_____
                                                     Julie M. Carpenter
                                                     Virginia Bar No. 30421
                                                     JENNER & BLOCK LLP
                                                     1099 New York Avenue, N.W., Suite 900
                                                     Washington, DC 20001
                                                     Tel.: (202) 639-6029
                                                     Fax: (202) 661-4910
                                                     E-mail: jcarpenter@jenner.com

                                                     *Counsel for Defendant Delbert Services Corp.*