IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES HAYES, *et al.*,

    Plaintiffs,

v.                                                          Civil Action No. 3:14-cv-258

DELBERT SERVICES CORPORATION,

    Defendant.

## ORDER

This matter comes before the Court on the defendant's motion to dismiss the amended complaint or, alternatively, to compel arbitration. (Dk. No. 30.) For the reasons set forth in the accompanying Memorandum Opinion, the Court GRANTS the motion to compel arbitration.

As stated in the Memorandum Opinion, the decision to compel arbitration makes it appropriate to dismiss the plaintiff's action rather than stay the case pending resolution through arbitration. Accordingly, the Court ORDERS that the claim be DISMISSED WITHOUT PREJUDICE.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: January 21, 2015
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge