IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JAMES HAYES, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 3:14-cv-258-JAG |
| ) | |
| DELBERT SERVICES CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT MOTION FOR ENTRY OF AN AGREED ORDER**

For the reasons stated herein and in the accompanying Memorandum, Plaintiffs, through their attorneys of record, respectfully request that the Court enter the accompanying Proposed Order (attached as Exhibit 1), to allow the third parties and the Defendants to comply with the Order entered on June 29, 2016 (Dkt. No. 102), without further prejudice to Plaintiffs. Specifically, they are asking the Court to enlarge the time for Plaintiffs to take the depositions currently already schedule before the July 12, 2016 discovery response and production date and as necessary to complete additional written discovery and notice depositions based upon new information obtained in the July 12, 2016 production.

The enlargement would also best accommodate a mid-July decision as to consolidation of this case with the *White, et al. v. Cashcall, Inc.* matter.

Defendants do not agree to the full relief sought herein, and would agree only to move the currently noticed depositions until July 30, 2016 without the contemplation of any other derivative discovery.

Dated: _____ __, 2016             Respectfully submitted,

JAMES HAYES, *et al.*
By Counsel

\_\_\_\_/s/_____
Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, VSB#82170
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 Facsimile
Email: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com

Leonard A. Bennett, VSB #37523
Susan M. Rotkis, VSB #40639
Craig C. Marchiando, VSB #89736
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd, Suite 1A
Newport News, Virginia 23601
 (757) 930-3660
(757) 930-3662 Facsimile
Email: lenbennett@clalegal.com
Email: srotkis@clalegal.com

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

       I hereby certify that on the 1st day of July 2016 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to all counsel of record.

Joseph Barloon
Warren Thomas Allen, II
Jennifer Zoe Gindin
Clifford Sloan
Skadden Arps Slate Meagher & Flom LLP (DC)
1440 New York Ave NW
Washington, DC 20005-2111
joseph.barloon@skadden.com
wtallen@skadden.com
jennifer.gindin@skadden.com
cliff.sloan@skadden.com

Thomas Nolan
Skadden Arps Slate Meagher Flom LLP
300 S Grand Ave #3400
Los Angeles, CA 90071
Thomas.nolan@skadden.com

                                                                         /s/
                                        Leonard A. Bennett, VSB #37523
                                        CONSUMER LITIGATION ASSOCIATES, P.C.
                                        763 J. Clyde Morris Blvd, Suite 1A
                                        Newport News, Virginia 23601
                                        (757) 930-3660
                                        (757) 930-3662 Facsimile
                                        Email: lenbennett@clalegal.com
                                             *Counsel for Plaintiffs*