IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES HAYES et al.,
on behalf of themselves and all other
similarly situated individuals,
        Plaintiffs,

v.                                        Civil Action No. 3:14-cv-00258-JAG

DELBERT SERVICES CORP.,
JOHN PAUL REDDAM, and
CASHCALL, INC.,
        Defendants.

## ORDER

The parties appeared before the Court for a status hearing on September 19, 2016. The Court now ORDERS as follows:

- The parties shall confer on a discovery plan and submit their proposed plan by **September 26, 2016.** If the parties cannot agree on a discovery plan, each party shall submit its proposed plan.

- The defendants shall produce the documents in related cases as set forth in the Order dated August 11, 2016, by **October 3, 2016.** The defendants shall also provide its privilege analysis by this deadline.

- The defendants shall file their replies in support of the pending motions to dismiss and motion to strike by **October 6, 2016.**

- The parties shall inform the Court if they agree on an order regarding the defendants ceasing further lending and collection activity in Virginia.

The Court has scheduled monthly conference calls for October 14, 2016, at 8:00 a.m., November 15, 2016, at 9:00 a.m., and December 15, 2016, at 8:00 a.m. The parties shall submit a proposed agenda for each call to chambers one week in advance. If issues arise between these scheduled monthly calls, prior to filing any motions, the parties shall schedule a supplemental conference call with chambers to discuss the issue(s).

It is so ORDERED.

Let the Clerk send a copy to all counsel of record.

Date: <u>September 19, 2016</u>
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge