**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **JAMES HAYES,** *et al.*,          )<br>                                                        )<br>                   **Plaintiffs,**         )<br>                                                        )<br>         v.                                           )<br>                                                        )<br>**DELBERT SERVICES CORPORATION,** )<br>**JOHN PAUL REDDAM, and CASHCALL,** )<br>**INC.**                                            )<br>                                                        )<br>                   **Defendants.**      )<br>                                                        )  | **Civil Action No. 3:14-cv-258-JAG** |

## NOTICE TO THE COURT CONFIRMING
## DEFENDANTS' CESSATION OF COLLECTION ACTIVITY

Defendants certify that, effective as of September 5, 2016, they have (i) ceased collecting, or attempting to collect, payments on loans originally issued by Western Sky Financial LLC to consumers in the Commonwealth of Virginia; and (ii) ceased assessing interest on loans originally issued by Western Sky Financial LLC to consumers in the Commonwealth of Virginia.  To date, Defendants received a total of six payments since September 5, 2016 from Virginia consumers in connection with the loans originally issued by Western Sky Financial. Defendants have refunded all six payments.  Defendants further certify their cessation of collecting or attempting to collect payments on loans originally issued by Western Sky and return of any payments received in connection with loans originally issued by Western Sky Financial LLC to consumers in the Commonwealth of Virginia will continue throughout the pendency of this case.

By filing this Notice and taking the steps described above, Defendants do not make any admission as to the merits of Plaintiffs' claims in this case.

Dated:  September 19, 2016	Respectfully submitted,

	_/s/_
	Gregory M. Luce (Va. Bar No. 16907)
	Skadden, Arps, Slate, Meagher & Flom LLP
	1440 New York Avenue, NW
	Washington, DC 20005
	Telephone:  (202) 371-7000
	Facsimile:  (202) 393-5760
	Greg.Luce@skadden.com

	*Counsel for Defendants Delbert Services*
	*Corporation and CashCall, Inc. and Specially*
	*Appearing Defendant John Paul Reddam*

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 19, 2016, the foregoing will be filed with the Court via the Clerk's CM/ECF electronic filing system and served electronically on all parties receiving electronic notice to this case.

Dated:  September 19, 2016           /s/
                    Gregory M. Luce (Va. Bar No. 16907)
                    Skadden, Arps, Slate, Meagher & Flom LLP
                    1440 New York Avenue, NW
                    Washington, DC 20005
                    Telephone:  (202) 371-7000
                    Facsimile:  (202) 393-5760
                    Greg.Luce@skadden.com

                    *Counsel for Defendants Delbert Services*
                    *Corporation and CashCall, Inc. and Specially*
                    *Appearing Defendant John Paul Reddam*