IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES HAYES et al.,
on behalf of themselves and all other
similarly situated individuals,
        Plaintiffs,

v.        Civil Action No. 3:14-cv-00258-JAG

DELBERT SERVICES CORP.,
JOHN PAUL REDDAM, and
CASHCALL, INC.,
        Defendants.

----------------

COMMONWEALTH OF VIRGINIA
*ex rel.* Mark R. Herring, Attorney General,
        Intervenor-Plaintiff

v.

CASHCALL, INC., and
J. PAUL REDDAM,
        Defendants.

## ORDER

On January 25, 2017, the Court granted the motion to intervene filed by the Commonwealth of Virginia (the "Commonwealth"), and the Commonwealth filed its Complaint in Intervention. The Commonwealth has intervened to effectuate a settlement agreement between the Commonwealth, the original plaintiffs, and the defendants in this case. Because the case has settled, the defendants need not file an answer to the Complaint in Intervention.

It is so ORDERED.

Let the Clerk send a copy to all counsel of record.

Date: <u>January 30, 2017</u>
Richmond, Virginia

        /s/
John A. Gibney, Jr.
United States District Judge