IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES HAYES, *et al.*,

    Plaintiffs,

v.

DELBERT SERVICES CORP., *et al.*,

    Defendants.

Civil Action No. 3:14-cv-258 (JAG)
[*Consolidated with* 3:16-cv-311]

**PLAINTIFFS' CONSENT MOTION
FOR ORDER OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT,
DISMISSAL OF CLAIMS WITH PREJUDICE, AND AWARDING ATTORNEYS'
FEES, COSTS, AND CLASS REPRESENTATIVE SERVICE AWARDS**

COMES NOW the Plaintiffs, James Hayes, Debera Grant, Herbert White, Leslie Grainger, and Donald Hill, individually and on behalf of all other similarly situated individuals, with the consent of Defendants, pursuant to Federal Rule of Civil Procedure 23, move the Court for Final Approval of Class Action Settlement, Dismissing Claims With Prejudice, And Awarding Attorneys' Fees, Costs, And Service Awards. The reasons for granting this Motion are fully set forth in the accompanying Memorandum in support of this Motion.

**Respectfully Submitted,**

**James Hayes, et al**, *on behalf of themselves and others similarly situated*,

By: /s/

Leonard A. Bennett, Esq., VSB #37523
Elizabeth W. Hanes, Esq., VSB #75574
Craig C. Marchiando, Esq., VSB #89736
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd, Suite 1A
Newport News, VA  23601
Telephone: (757) 930-3660

Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
       elizabeth@clalegal.com
       craig@clalegal.com

Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, Esq., VSB #82170
**KELLY & CRANDALL, PLC**
4084 University Drive, Suite 202A
Fairfax, VA 22030
Direct: 703-424-7576
Fax: 703-591-0167
Email: kkelly@kellyandcrandall.com
       aguzzo@kellyandcrandall.com

Dale W. Pittman
**LAW OFFICES OF DALE W. PITTMAN**
112 W. Tabb St., #A
Petersburg, VA 23803
Tel: (804) 861-6000
Fax: (804) 861-3368
dale@pittmanlawoffice.com

*Counsel for the Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I certify that on the 23rd day of May, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

          /s/
Leonard A. Bennett, VSB #37523
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com

3