IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| JAMES HAYES, *et al.*, | : | |
| | : | |
|     Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 3:14-cv-258 (JAG) |
| | : | [*Consolidated with* 3:16-cv-311] |
| DELBERT SERVICES CORP., *et al.*, | : | |
| | : | |
|     Defendants. | : | |

**CONSENT MOTION FOR APPROVAL OF *CY PRES* DISTRIBUTION**

Plaintiffs, James Hayes, Debera Grant, Herbert White, Leslie Grainger, and Donald Hill, individually and on behalf of all other similarly situated individuals ("Plaintiffs"), with the consent of Defendants, Delbert Services Corporation ("Delbert"), John Paul Reddam, and CashCall, Inc. ("CashCall" or collectively, "Defendants"), by counsel, move for approval of *Cy Pres* Distribution pursuant to Section 5.3.d. of the Settlement Agreement (ECF No. 185-1).

Plaintiffs ask the Court to approve the distribution of $25,450.36, the total amount of residual funds remaining in the Fund as defined by Section 2.16 of the Settlement Agreement, to the Virginia Poverty Law Center.

Dated: May 24, 2018                                                                                                          Respectfully submitted,

                                                                                                                                       PLAINTIFFS

                                                                               */s/ Kristi C. Kelly*
                                                                               Kristi C. Kelly, Esq., VSB #72791
                                                                               Andrew J. Guzzo, Esq., VSB #82170
                                                                               **KELLY & CRANDALL, PLC**
                                                                               3925 Chain Bridge Road, Suite 202
                                                                               Fairfax, VA 22030
                                                                               Direct: 703-424-7572
                                                                               Fax: 703-591-0167

2

kkelly@kellyandcrandall.com
aguzzo@kellyandcrandall.com

Leonard A. Bennett, Esq., VSB #37523
Elizabeth W. Hanes, Esq., VSB #75574
Craig C. Marchiando, Esq., VSB #89736
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
lenbennett@clalegal.com
elizabeth@clalegal.com
craig@clalegal.com

Dale W. Pittman
**LAW OFFICES OF DALE W. PITTMAN**
112 W. Tabb St., #A
Petersburg, VA 23803
Tel: (804) 861-6000
Fax: (804) 861-3368
dale@pittmanlawoffice.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of May, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send a notification of such filing to all counsel of record.

*/s/ Kristi C. Kelly*
Kristi C. Kelly, Esq., VSB #72791
**KELLY & CRANDALL, PLC**
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Direct: 703-424-7572
Fax: 703-591-0167
kkelly@kellyandcrandall.com
*Counsel for Plaintiffs*