IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES HAYES, *et al.*,

    Plaintiffs,

v.

DELBERT SERVICES CORP., *et al.*,

    Defendants.

Civil Action No. 3:14-cv-258 (JAG)
[*Consolidated with* 3:16-cv-311]

## ORDER GRANTING CONSENT MOTION
## FOR APPROVAL OF *CY PRES* DISTRIBUTION

Plaintiffs, James Hayes, Debera Grant, Herbert White, Leslie Grainger, and Donald Hill, individually and on behalf of all other similarly situated individuals, with the consent of Defendants, Delbert Services Corporation ("Delbert"), John Paul Reddam, and CashCall, Inc. ("CashCall" or collectively, "Defendants"), having moved for approval of *Cy Pres* Distribution pursuant to Section 5.3.d. of the Settlement Agreement (ECF No. 185-1), and having considered the Motion,

It is hereby ORDERED that the $25,450.36 remaining in the class action Fund shall be distributed and paid to the Virginia Poverty Law Center. The funds hereby distributed to the Virginia Poverty Law Center shall be used exclusively for the Virginia Poverty Law Center's efforts to assist Virginia consumers and expressly do not constitute and shall not constitute payment of any attorneys' fees incurred by Plaintiffs' counsel in this matter.

DONE AND ORDERED this 24th day of May, 2018.

/s/
John A. Gibney, Jr.
United States District Judge